UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Teena Cook v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 14-cv-10153-DRH |
| *Demetra Dawkins-Allen v. Bayer Corporation, et al.* | No. 14-cv-10370-DRH |
| *India Kidd v. Bayer Corporation, et al.* | No. 14-cv-10397-DRH |
| *Alisha A. Smith v. Bayer Corporation, et al.* | No. 12-cv-11365-DRH |
| *A.W., a minor, by and through her parent and natural guardian, Cathy Wagamon v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-11011-DRH |
| *Lisa Marie Castello v. Bayer Corporation, et al.* | No. 12-cv-11244-DRH |
| *Maureen Kilgour, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 14-cv-10292-DRH |
| *Julie Lammardo, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 14-cv-10286-DRH |
| *Meaghan Plagmann v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 14-cv-10062-DRH |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal and/or Orders of Dismissal the above captioned cases are **DISMISSED** with prejudice.  Each party shall bear their own costs.

                          **JUSTINE FLANAGAN,**
                          **ACTING CLERK OF COURT**

                          BY: /s/*Caitlin Fischer*
                                **Deputy Clerk**

Digitally signed by Judge David R. Herndon
Date: 2016.03.31 13:43:37 -05'00'

APPROVED:
      DISTRICT JUDGE
      U. S. DISTRICT COURT